UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,
    Plaintiff,

CASE NO.: 0:20-cv-61439-DMM

vs.

PANDA EXPRESS, INC.
d/b/a PANDA EXPRESS

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, PANDA EXPRESS, INC., d/b/a PANDA EXPRESS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day upon the following email:

    Michael Lickerman
    Panda Restaurant Group, Inc.
    1683 Walnut Grove Avenue
    Rosemead, CA 91770
    T. 312.953.1967
    Michael.Lickerman@PandaRG.com
    Attorney for Defendant

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com